# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| **ADVENTURINE ONE, LLC** § | | |
|     **Plaintiff,** § | | |
| § | | |
| **v.** § | | **CIVIL ACTION NO: 2:23-CV-451-RSP** |
| § | | |
| **THE CITY OF MARSHALL, TEXAS** § | | |
|     **Defendant.** § | | |

## MEDIATOR'S REPORT

In accordance with the Court's Order, a mediation conference was held on May 1, 2024. The mediation resulted in SETTLEMENT.

SIGNED this the 15th day of May, 2024.

                                                                */S/ Randy Akin*
                                                                **MEDIATOR**

## CERTIFICATE OF SERVICE

The undersigned certified that the foregoing instrument was filed electronically on this the 15th day of May, 2024.

                                                                */S/ Randy Akin*
                                                                 **MEDIATOR**